```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ALEXANDER BAYONNE STROSS,

                        Plaintiff,

     -against-

CONKLIN POOLS INC.,

                        Defendant.

-------------------------------------------------------------X

21-CV-09568 (AJN)(SN)

**SETTLEMENT
CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for Thursday, March 3, 2022, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Thursday, February 24, 2022.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     January 20, 2022
                New York, New York